LAW OFFICES

BASS & ASSOCIATES

A PROFESSIONAL CORPORATION

WWW.BASS-ASSOCIATES.COM

FT LOWELL CORPORATE CENTER
SUITE 200
3936 E FT LOWELL RD
TUCSON, AZ 85712

March 23, 2011

U. S. Bankruptcy Court
Western District of Virginia
210 Church Ave SW RM 200
Roanoke, VA 24011

Re:         Robert Dewey Hunkapiller
Case No.:   09-73066
Claim No.:  6

To Whom It May Concern:

We represent HSBC Bank Nevada, N.A. (Suzuki) in the above referenced matter. Our firm filed the above listed proof of claim on behalf of our client on March 23, 2010 in the amount of $2,380.77. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact me at our toll free number 888-283-4624 x 5908.

Sincerely,

Jennifer Pursley
Authorized Representative