**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

In re:  
    ROBERT DEWEY HUNKAPILLER

Debtor(s)

Case No. 09-73066-WSA

**CHAPTER 13 STANDING TRUSTEE'S FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

For the period from the petition date through August 31, 2011, Rebecca Connelly, successor chapter 13 trustee, for the above captioned case, submits the following accounting of the estate pursuant to 11 U.S.C. § 1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,558.50 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$14,558.50** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $824.73 |
| Other | $0.00 |
| Secured Creditors | $7,946.01 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $3,709.76 |
| **Total Disbursements & Expense of Administration:** | **$13,980.50** |

| | |
|---|---:|
| **Balance Transferred to Successor Trustee** | **$578.00** |

Dated: 09/30/2011

/s/ Rebecca Connelly

Chapter 13 Successor Trustee  
P.O. BOX 1001  
ROANOKE VA  24005